UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No. **CR-05-1134-R**                 Date: April 24, 2006

========================================================================

PRESENT: HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | Beth Zaccaro | Elisa Fernandez |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

========================================================================

U.S.A. vs (Dfts listed below)          Attorneys for Defendants

1) MARIO IZQUIERDO          1) Kim Savo DFPD
   X present     X on bond               X present     X appointed

---

PROCEEDINGS: ARRAIGNMENT / GUILTY PLEA TO INFORMATION

Court arraigns defendant on the newly-filed Information. A waiver of indictment is signed and filed.

Defendant moves to plead guilty to the 4-count Information.

Defendant is sworn. The Court questions the defendant regarding the offered plea of Guilty.

Defendant now enters a new and different plea of Guilty to Counts 1, 2, 3 and 4 of the Information.

The Court finds a factual and legal basis for the plea; waivers of constitutional rights are freely, voluntarily and intelligently made. The plea is accepted and entered.

**THE COURT REFERS THE DEFENDANT TO THE PROBATION OFFICE FOR THE PREPARATION OF A PRESENTENCE REPORT AND CONTINUES THE MATTER TO JULY 31, 2006 AT 1:30 P.M. FOR SENTENCING.**

✔ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

DOCKETED ON CM
APR 2 6 2006
BY _____ 171

time: 40 min

Initials of Deputy Clerk __WH__

MINUTES FORM 6
CRIM -- GEN

cc: probation
pretrial Svcs